UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ASHLEIGH HAVENER, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:23-cv-312 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| ALLSTATE INSURANCE SERVICES, INC., | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES AND FOR LEAVE TO FILE THE ATTACHED FIRST AMENDED COMPLAINT (DOC. NO. 16)**

Currently before the Court is Plaintiffs' Motion to Substitute Parties and for Leave to File the Attached First Amended Complaint (Doc. No. 16), filed by Plaintiffs Ashleigh Havener and Jackson Havener (collectively, "Plaintiffs").  Plaintiffs move to substitute the current named Defendant, Allstate Insurance Services, Inc., with the proper party-defendant, Allstate Vehicle and Property Insurance Company.  (Doc. No. 16 at PageID 77.)  Plaintiffs represent that Allstate Vehicle and Property Insurance Company has participated in this action on behalf of Allstate Insurance Services, Inc., despite not yet being named as a party. (*Id.*)  In addition, Plaintiffs move to amend their Complaint to name Allstate Vehicle and Property Insurance Company as the proper party-defendant in this case.  (*Id.*)  Defendant, Allstate Insurance Services, Inc., has made no response to Plaintiffs' prayers in these respects.

Accordingly, for good cause shown, the Court **GRANTS** Plaintiffs' Motion to Substitute Parties and For Leave to File the Attached First Amended Complaint (Doc. No. 16).  Allstate Vehicle and Property Insurance Company is hereby **SUBSTITUED** as the proper party-defendant

1

to this action. Further, pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs are granted **LEAVE TO AMEND** their Complaint to this effect no later than July 30, 2024.

      **DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, July 16, 2024.

                                                        s/Thomas M. Rose

                                           THOMAS M. ROSE
                                   UNITED STATES DISTRICT JUDGE